Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-892

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:**    Sleeping Fox

## Completion/Publication

**Year of Completion:**    2016
**Date of 1st Publication:**    January 13, 2017
**Nation of 1st Publication:**    Austria

## Author

**Author:**    Kathrin Schwarz
**Author Created:**    2-D artwork
**Citizen of:**    Austria

## Copyright Claimant

**Copyright Claimant:**    Kathrin Schwarz
Kiesgasse 13, Vienna, 1140, Austria

## Rights and Permissions

**Name:**    Kathrin Schwarz
**Email:**    kathrin@colorsofthewild.com
**Address:**    Kiesgasse 13
Vienna 1140 Austria

## Certification

**Name:**    David Denholm
**Date:**    April 21, 2025
**Applicant's Tracking Number:**    KS2025042103

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-890

**Effective Date of Registration:**
April 21, 2025

**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Orange Lion

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 07, 2016
**Nation of 1ˢᵗ Publication:** Austria

## Author

• **Author:** Kathrin Schwarz
**Author Created:** 2-D artwork
**Citizen of:** Austria

## Copyright Claimant

**Copyright Claimant:** Kathrin Schwarz
Kiesgasse 13, Vienna, 1140, Austria

## Rights and Permissions

**Name:** Kathrin Schwarz
**Email:** kathrin@colorsofthewild.com
**Address:** Kiesgasse 13
Vienna 1140 Austria

## Certification

**Name:** David Denholm
**Date:** April 21, 2025
**Applicant's Tracking Number:** KS2025042102

