**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KATHRIN SCHWARZ,

    Plaintiff,                                                Case No.: 1:25-cv-12929

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | Seeyeon |
| 2 | liu dongdong123 |
| 3 | HIZEMLK STORE |
| 4 | Lemorni |
| 5 | LIN FEIBAO |
| 6 | 温同 |
| 7 | weipanmaoyi |
| 8 | Gxizlba |
| 9 | Hapiuen |
| 10 | Kuangshi |
| 11 | MiaoWu-us |
| 12 | Gaoshen |
| 13 | HANCHUMAOYI |
| 14 | ST Kuster |
| 15 | Suxina |
| 16 | MXWL |
| 17 | liaochenshangmao |
| 18 | HXMIN |
| 19 | WBBMXC |
| 20 | TOAYWANG |
| 21 | arashen |
| 22 | Drizzlel |

| 23 | Hei Jing |
|---|---|
| 24 | AWEGFA |
| 25 | DSHRTB |
| 26 | AmaShow |
| 27 | GERYUE |
| 28 | YyjFgj |
| 29 | TattoosXparty |
| 30 | HI GIRL |
| 31 | Evangeline |
| 32 | dongzeze-keji |
| 33 | Laobaobei |
| 34 | PerftHat |
| 35 | FineArtFinds |
| 36 | Innovative sticker |
| 37 | funny go sticker local |
| 38 | BOTXRQX Sticker |
| 39 | ZXIRNA |
| 40 | Cool stickers |
| 41 | Wwindy |
| 42 | Hui FengBB |
| 43 | MYann |
| 44 | ZWXOEBXL |
| 45 | Minimalist Living Lab |
| 46 | BeanBean sprouts |
| 47 | Casefiying |
| 48 | CHBOAT lovely stickers |