# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATHRIN SCHWARZ, | |
| Plaintiff, | Case No.: 1:25-cv-12929 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, KATHRIN SCHWARZ ("Plaintiff"), hereby files this status report solely on behalf of Plaintiff.

On October 27, 2025, this Court entered an order requiring that Plaintiff file "(1) a listing of all prior online trademark, copyright, or patent infringement cases (also known as "Schedule A" cases) filed in any court in the United States in which it was a plaintiff, and (2) a listing of any of the defendants included in the Schedule A in this case that the plaintiff has previously named as a defendant in any prior complaint or Schedule A case" by November 3, 2025. *See* [16]. Plaintiff collected this information and filed the supplement on October 24, 2025, contemporaneously with Plaintiff's *ex parte* motion. *See* [14].

As stated in Plaintiff's supplement [14], Plaintiff has not filed any other Schedule A case in any court in the United States, and none of the Defendants in this case has been named previously as a defendant in any prior Schedule A case filed by Plaintiff.

DATED: November 12, 2025               Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 12, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt