IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATHRIN SCHWARZ,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-12929

Judge John J. Tharp, Jr.

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Seeyeon |
| 3 | HIZEMLK STORE |
| 4 | Lemorni |
| 8 | Gxizlba |
| 9 | Hapiuen |
| 10 | Kuangshi |
| 12 | Gaoshen |
| 13 | HANCHUMAOYI |
| 15 | Suxina |
| 16 | MXWL |
| 19 | WBBMXC |
| 20 | TOAYWANG |
| 21 | arashen |
| 22 | Drizzlel |
| 23 | Hei Jing |
| 25 | DSHRTB |
| 26 | AmaShow |
| 41 | Wwindy |
| 42 | Hui FengBB |

| 43 | MYann |
| 46 | BeanBean sprouts |

DATED:  December 8, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　　Keith A. Vogt
　　　　　　　　　　　　　　　　　　　　　IL Bar No. 6207971; FL Bar No. 1036084
　　　　　　　　　　　　　　　　　　　　　Keith A. Vogt PLLC
　　　　　　　　　　　　　　　　　　　　　15275 Collier Boulevard, Ste. 201-2061
　　　　　　　　　　　　　　　　　　　　　Naples, Florida 34119-6750
　　　　　　　　　　　　　　　　　　　　　Telephone: 312-971-6752
　　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 8, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                   */s/ Keith A. Vogt*
                   Keith A. Vogt